UNIACK, Respondent, v. MERCHANTS' UNION ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Appeal from Trial Term, New York County. Action by Cornelius Uniack against the Merchants' Union Ice Company. From a judgment for plaintiff, defendant appeals. Re-

versed and remanded. See, also, 157 App. Div. 910, 142 N. Y. Supp. 1148. Frederick M. Thompson, of New York City, for appellant. L. F. Fish, of New York City, for respondent.

PER CURIAM. There was no evidence to support the finding that the plaintiff was free from contributory negligence, and the motion to dismiss the complaint, made on the trial, should have been granted. The judgment is therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, and vote for affirmance.